IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KENNETH HUGGINS, SR.,** | : | **CIVIL ACTION** |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **COATESVILLE AREA** | : | |
| **SCHOOL DISTRICT, et al.,** | : | |
| **Defendants** | : | **NO. 07-4917** |

# O R D E R

**AND NOW**, this 16th day of September, 2009, upon consideration of Defendants' Motion for Protective Order and Sanctions (Docket No. 42), Plaintiff's Response thereto (Docket Nos. 49, 50), and Plaintiff's Supplemental Response (Docket No. 52), and following oral argument on June 26, 2009, it is hereby **ORDERED** that Defendants' Motion for Sanctions against counsel for Plaintiff (Docket No. 42) is **GRANTED** in part and **DENIED** in part as provided herein and in the accompanying Memorandum. Counsel for Plaintiff, Mr. Hannah, shall attend a CLE course dealing with civility and professionalism no later than six (6) months from the date of entry of this Order and inform the Court upon completion of his attendance. It is further **ORDERED** that no later than six (6) weeks from the date of entry of this Order, counsel who attended the June 5, 2009 deposition of Dr. Walker, namely, Mr. Hannah and Mr. Ellison, shall join each other for a meal (each responsible for his own costs), and thereafter shall jointly submit a letter to the Court confirming their compliance with this Order within two (2) weeks following their meal together.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge