IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| KENNETH HUGGINS, Sr., | : | |
| *Plaintiff*, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| COATESVILLE AREA SCHOOL DISTRICT, *et al.*, | : | |
| *Defendants*. | : | No. 07-4917 |

| KENNETH HUGGINS, Sr., | : | |
| *Plaintiff*, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| COATESVILLE AREA SCHOOL DISTRICT, *et al.*, | : | |
| *Defendants*. | : | No. 09-1309 |

**O R D E R**

**AND NOW**, this 29th day of October, 2010, upon consideration of Defendants' Motions for Summary Judgment in the above-captioned cases (Case No. 07-4917, Docket No. 53; Case No. 09-1309, Docket No. 13), it is hereby **ORDERED** that the Motions are **GRANTED**.

It is further **ORDERED** that each of the two above-captioned cases is **CLOSED** for statistical purposes.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE